IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF TRUSTEES, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MEP NATIONWIDE, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 21-503 (MN) ) ) ) ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 12th day of August 2022:

WHEREAS, on July 26, 2022, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 16) in this action recommending that the Court grant-in-part and deny-in-part Plaintiffs' Motion for Judgment by Default by the Court Pursuant to Federal Rule of Civil Procedure 55(b)(2) (D.I. 10); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.[1]

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 84) is ADOPTED and Plaintiffs' Motion for Judgment by Default by the Court Pursuant to Federal Rule of Civil Procedure 55(b)(2) (D.I. 10) is GRANTED-IN-PART and DENIED-IN-PART.

---

[1] As ordered in the Report (D.I. 16 at 17), on July 27, 2022, Plaintiff served a copy of the Report on Defendant and filed a proof of service regarding same (D.I. 18).

1

IT IS FURTHER ORDERED that, on or before August 19, 2022, Plaintiffs shall submit a further amended form of judgment that reflects the Court's decision in the Report. Taking into consideration Plaintiffs' pending motion for entry of a Second Amended Proposed Order for Default[2], if Plaintiffs wish to delay entry of any judgment until final disposition of the pending motion, it shall so advise the Court.

The Honorable Maryellen Noreika
United States District Judge

---

[2]  On July 29, 2022, Plaintiffs filed a Motion for Reconsideration and Permission to File Second Amended Proposed Order for Judgment by Default. (D.I. 17). On August 2, 2022, this Court referred that motion to Judge Burke and Judge Burke issued an oral order denying Plaintiff's motion for reconsideration as, pursuant to Rule 7.1.5(b) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, motions for reargument or reconsideration of a Magistrate Judge's Report and Recommendation are not permitted. In that same Oral Order, Judge Burke stated that he would "treat the motion as a separate motion for entry of a Second Amended Proposed Order for Default – one seeking an additional amount of attorney's fees and costs that were not sufficiently supported by the record regarding Plaintiffs' previously-filed motion for a default judgment." (D.I. 20).