IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF TRUSTEES, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION FUND, et al., </br></br>        Plaintiffs, </br></br>   v. </br></br>MEP NATIONWIDE, LLC, </br></br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 21-503 (MN) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 4th day of October 2022:

WHEREAS, on August 26, 2022, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 23) in this action recommending that the Court grant Plaintiffs' Motion for Reconsideration and Permission to File Second Amended Proposed Order for Judgment by Default (D.I. 17) treated in the report as solely a motion for entry of a second amended proposed order for default (*See* D.I. 20); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.[1]

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 23) is ADOPTED and Plaintiffs' motion for entry of a second amended proposed order for default (D.I. 17) is GRANTED.

---

[1] As ordered in the Report (D.I. 23 at 4), on August 26, 2022, Plaintiff served a copy of the Report on Defendant and, on September 15, 2022, filed a proof of service regarding same (D.I. 24).

2

      IT IS FURTHER ORDERED that, on or before October 11, 2022, Plaintiffs shall submit a further amended form of judgment that reflects the Court's decision in the Report including the apparent mistakes outlines in footnote 4 of the Report.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge